ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

REGINA HENRIQUEZ, :

      Plaintiff, : ORDER

    - against - : 08 Civ. 7666 (SCR) (LMS)

STARWOOD HOTELS & RESORTS :
WORLDWIDE, INC.,
       :

      Defendant.
       :
-----------------------------------------------------------------x

**LISA MARGARET SMITH, U.S.M.J.**

    Currently pending before the Court is Defendant's motion to dismiss under Fed. R. Civ. P. 12(b)(6). Upon review of the parties' submissions, it has come to the Court's attention that the following documents, referenced in Defendant's papers, have not been submitted and will aid the Court in deciding the motion: (1) a copy of the complaint filed by Plaintiff with the New York State Department of Human Rights on September 4, 2007, and (2) a copy of the Determination issued by the New York State Department of Human Rights on February 22, 2008.

    Defendant is hereby ordered to file and serve copies of the aforementioned documents (and provide courtesy copies to the undersigned) within **one week** of the date of this Order.

Dated: July 29, 2009
      White Plains, New York

SO ORDERED,

Lisa Margaret Smith
United States Magistrate Judge
Southern District of New York