USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/3./11

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
REGINA HENRIQUEZ,

                Plaintiff,                08 **CIVIL** 7666 (RO)

-against-                   **JUDGMENT**

STARWOOD HOTELS RESORTS WORLDWIDE, INC.,

                Defendant.
------------------------------------------------------------X

Whereas on August 14, 2009, the Honorable Lisa M. Smith, United States Magistrate Judge, having issued a Report and Recommendation (the "report") recommending that Defendant's motion to dismiss be granted in part and denied in part, and the matter having come before the Honorable Richard Owen, United States District Judge, and the Court, on September 29, 2011, having rendered its Order adopting the report that Plaintiff's claims related to her period of employment at the Sheraton Gateway Hotel were, or could have been, brought in Plaintiffs prior action in the Northern District of Georgia, and cannot be brought in this action, and finding that it lacks subject matter jurisdiction to hear Plaintiff's new claims brought under New York State and New York City Human Rights Law, related to the allegation that Defendants provided negative regarding Plaintiff to prospective employers in New York, and dismissing Defendant's motion, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 3, 2011, the report is adopted that Plaintiffs claims related to her period of employment at the Sheraton Gateway Hotel were, or could have been, brought in Plaintiffs prior action in the Northern District of Georgia, and cannot be brought in this action, and the Court finds that it lacks subject matter jurisdiction to hear Plaintiffs new claims brought under New York State and New York City Human Rights Law, related to the allegation that Defendants provided negative

regarding Plaintiff to prospective employers in New York; accordingly, Defendant's motion is hereby dismissed.

Dated: New York, New York
September 30, 2011

RUBY J. KRAJICK

_____
Clerk of Court

BY: _____
Deputy Clerk

THIS DO[...] [...]RED
ON THE DOCKET ON _____