USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 28 OCT 2011

PRO SE OFFICE

**United States District Court**
**Southern District of New York**
Office of the Clerk
U.S. Courthouse
500 Pearl Street, New York, N.Y. 10007-1213

---------------------------------X
Regina Henriquez
P          Plaintiff
        -V-
Starwood Hotels Resorts
Worldwide Inc. Defendant
---------------------------------X

**NOTICE OF APPEAL**

08 civ. 7666 (RO)

RECEIVED OCT 28 2011 PRO SE OFFICE

Notice is hereby given that __Regin Henriquez__
(party)
hereby appeals to the United States Court of Appeals for the Second Circuit from the Judgment [describe it]

entered in this action on the __28th__ day of __October__, __2011__.
           (day)          (month)      (year)

__R. H__
(Signature)

__22 Brooklyn Ave.__
(Address)

__Roosevelt, N.Y. 11575__
(City, State and Zip Code)

Date: __10/28/2011__    __(404) 819- 819 8704__
(Telephone Number)

**Note:** You may use this form to take an appeal provided that it is <u>received</u> by the office of the Clerk of the District Court within 30 days of the date on which the judgment was entered (60 days if the United States or an officer or agency of the United States is a party).

FORM 1

# United States District Court
## Southern District of New York
### Office of the Clerk
U.S. Courthouse
500 Pearl Street, New York, N.Y. 10007-1213

---------------------------------X

Regina Henriquez
Plaintiff
-v-
Starwood Hotels + Resorts
Worldwide Inc. Defendant

**MOTION FOR EXTENSION OF TIME TO FILE A NOTICE OF APPEAL**

08civ. 7666 (RO)

---------------------------------X

Pursuant to Fed. R. App. P. 4(a)(5), __Regina Henriquez__ (party) respectfully requests leave to file the within notice of appeal out of time.

desires to appeal the judgment in this action entered on __Sept 30th__ (day) but failed to file a notice of appeal within the required number of days because: __I don't have a lawyer or Attorney to file for me due to my husband disability from "stroke" I'm only one take care for him__

[Explain here the "excusable neglect" or "good cause" which led to your failure to file a notice of appeal within the required number of days.]

__Please, Honorable Judge Richard Owen. Due stroke I ha doctors appointment, and another court case, which I have to do by myself. Because starwood have block me from getting Attorney for any of my cases. Even former Honorable Judge Steve C. Robinson has granted me to get a Counsel that too failed.__

R.H.
(Signature)

22 Brooklyn Ave.
(Address)

Roosevelt, NY 11575
(City, State and Zip Code)

Date: 10/28/2011

(404) 819 - 8704
(Telephone Number)

---

**Note:** You may use this form, together with a copy of Form 1, if you are seeking to appeal a judgment and did not file a copy of Form 1 within the required time. If you follow this procedure, these forms must be received in the office of the Clerk of the District Court no later than 60 days of the date which the judgment was entered (90 days if the United States or an officer or agency of the United States is a party).

FORM 3

# United States District Court
## Southern District of New York
### Office of the Clerk
### U.S. Courthouse
### 500 Pearl Street, New York, N.Y. 10007-1213

Regina H  
Regina Henriquez, Plaintiff  
-v-  
Starwood Hotel & Resorts Worldwide Inc. Defendant

**NOTICE OF APPEAL AND MOTION FOR EXTENSION OF TIME**

08 civ. 7666 (RO)

1. Notice is hereby given that _Regina Henriquez_ (party) hereby appeals to the United States Court of Appeals for the Second Circuit from the judgment entered on _Motion_.
[Give a description of the judgment]

2. In the event that this form was not received in the Clerk's office within the required time _Regina Henriquez_ (party) respectfully requests the court to grant an extension of time in accordance with Fed. R. App. P. 4(a)(5).

   a. In support of this request, _Regina Henriquez_ (party) states that this Court's judgment was received on _Oct. 28th, 2011_ (date) and that this form was mailed to the court on _Oct. 28th 2011_ (date)

   _Regina Henriquez_  
   _R.H._  
   (Signature)

   _22 Brooklyn Ave._  
   (Address)

   _Roosevelt, NY 11575_  
   (City, State and Zip Code)

Date: _28th, Oct. 2011_

(404) _819_-_8704_  
(Telephone Number)

**Note:** You may use this form if you are mailing your notice of appeal and are not sure the Clerk of the

District Court will receive it within the 30 days of the date on which the judgment was entered (60 days if the United States or an officer or agency of the United States is a party).

FORM 3

## United States District Court
## Southern District of New York
### Office of the Clerk
### U.S. Courthouse
### 500 Pearl Street, New York, N.Y. 10007-1213

-----------------------------------X

Regina Henriquez
 Plaintiff
-v-
Starwood Hotel & Resorts
Worldwide Inc. Defendant

**AFFIRMATION OF SERVICE**

08 civ. 7666 cRO

-----------------------------------X

I, Regina Henriquez, declare under penalty of perjury that I have served a copy of the attached Affirmation of Service to the defendant Attorneys in support motion of extension of time.

upon United Post Office to the defendant Attorney David Michael Monachino, Seyfarth Shaw LLP.

whose address is: 620 Eighth Avenue

New York, NY 10018-1405

Date: 10/27/2011
New York, New York

R. H.
(Signature)
22 Brooklyn Ave.
(Address)
Roosevelt, NY 11575
(City, State and Zip Code)

FORM 4