UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Regina Henriquez

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

-against-

Starwood Hotel Resorts
Worldwide, Inc.

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 28 NOV 2011
```

08 Civ. 2666 (RO) ( )

**REQUEST TO PROCEED**
*IN FORMA PAUPERIS*
**ON APPEAL**

PRO SE OFFICE

I, Regina Henriquez , *(print or type your name)* am the plaintiff/petitioner in the above entitled case and I hereby request to proceed *in forma pauperis* on appeal and without being required to prepay fees or costs or give security. I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor, and that I believe I am entitled to redress.

The issues I desire to present on appeal are the following: Starwood, because of my National Origin they Discriminate against me. Retaliate, Race, Color, humanity Harassment. 2001 my husband suffer a Stroke, 2003 I lost my Mother-in-Law, 2004 I fell in Kitchen reported, 2005 I wanted to go for Vacation my older was very ill, all of these they refused me to go. I called Starwood Human Resource in White Plains New York, Also refer

1. If you are presently employed:
   a) give the name and address of your employer
   b) state the amount of your earnings per month

   No

   Starwood have block me employment or to call any 800 phone calls on my cell or call my family in my country.

2. If you are NOT PRESENTLY EMPLOYED:
   a) state the date of start and termination of your last employment
   b) state your earnings per month
   **YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED.**

   Oct. 2007 with Aramark Agency in New York. 2008 Dec. 6th. $600. 800.

*Rev. 07/2007*   1

3. Have you received, within the past twelve months, any money from any source? If so, name the source and the amount of money you received.

_NO. Starwood have block my unemployment_

a) Are you receiving any public benefits? ☑ No ☐ Yes, $_____.

b) Do you receive any income from any other source? ☐ No ☑ Yes, $_800.00_

4. Do you have any money, including any money in a checking or savings account? If so, how much?

☑ No. ☐ Yes, $_____.

5. Do you own any apartment, house, or building, stock, bonds, notes, automobiles or other property? If the answer is yes, describe the property and state its approximate value.
_Two people in Gerogia stole from me_
☐ No. ☐ Yes, $_____.

6. Do you pay for rent or for a mortgage? If so, how much each month?

☐ No. ☑ Yes, _1460_.

7. List the person(s) that you pay money to support and the amount you pay each month.

_rent $800.00 here in New York_
_Line of Credit for my house in Gerogia_
_$560.00_

8. State any special financial circumstances which the Court should consider.

_After I paid all and medical bills for my husbands food and transportation nothing left me. Because of that I want the Court to waive the filing fee me._

*Rev. 07/2007*

2

I understand that a false statement or answer to any question in this declaration shall subject me to the penalties for perjury.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this __27th__ day of __NOV.__, __2011__
            _date_               _month_        _year_

_[signature]_
_Signature_

**Let the applicant proceed on appeal without prepayment of cost or fees or the necessity of giving security therefor.**

_____
United States District Judge

DATED: _____ \_\_\_, 20\_\_

_____, New York

*Rev. 07/2007*